**UNITED STATES of America, Plaintiff–Appellee**

v.

**Arturo HERNANDEZ–GARCIA, also known as Arthro G. Hernandez, also known as Arthro Hernandez Garcia, Defendant–Appellant.**

**No. 11–20722**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 1, 2012.

Before KING, HIGGINBOTHAM, and CLEMENT, Circuit Judges.

---

292

PER CURIAM: *

The attorney appointed to represent Arturo Hernandez–Garcia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Hernandez–Garcia has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Joanne Nelson Shepherd, Esq., Jackson Public School District, Gail Lowery, Jackson, MS, Alison Tasma Vance, Esq., Paula Graves Ardelean, Esq., Butler, Snow, O'Mara, Stevens & Cannada, P.L.L.C., Ridgeland, MS, for Defendants–Appellees.

Before JOLLY, HIGGINBOTHAM, and DENNIS, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

